NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHANNON DOUGLAS ROBINSON, )
)
Appellant, )
)
v. )   Case No. 2D18-494
)
STATE OF FLORIDA, )
)
Appellee. )
_____)

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.

Shannon Douglas Robinson, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and LUCAS, JJ., Concur.